# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DALIYL RAA'ID MUHAMMAD,** | **CIVIL ACTION NO. 1:08-CV-1287** |
| Petitioner | (Judge Conner) |
| v. | |
| **SUPERINTENDENT RANDALL BRITTON, PA ATTORNEY GENERAL,** | |
| Respondents | |

## **ORDER**

AND NOW, this 3rd day of December, 2008, upon consideration of petitioner's motion for default judgment (Doc. 15), it is hereby ORDERED that the motion is DENIED.  See Lemons v. O'Sullivan, 54 F.3d 357, 364-65 (7th Cir. 1995) (concluding that entry of default judgment is unavailable in habeas corpus proceedings); Goodman v. Keohane, 663 F.2d 1044, 1047 n. 4 (11th Cir. 1981).[1]

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge

---

[1] Judicial notice is taken of the Respondents' timely response to the petition. (Doc. 13.)