## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DALIYL RAA'ID MUHAMMAD,** | : | **CIVIL NO. 1:08-CV-1287** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT RANDALL** | : | |
| **BRITTON, PA ATTORNEY** | : | |
| **GENERAL,** | : | |
| | : | |
| **Respondents** | : | |

### ORDER

AND NOW, this 25th day of November, 2015, upon consideration of

petitioner's motion (Doc. 26) to reopen the instant action, and motion (Doc. 27) to

amend the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, which

was stayed on March 20, 2009, and any decision was held in abeyance pending

petitioner's exhaustion of state remedies (Doc. 21), and it appearing that petitioner

has exhausted his claims within the Commonwealth of Pennsylvania (Doc. 29), and

now seeks to have his claims considered in federal court, and upon further

consideration of the proposed amended petition (Doc. 27-1), it is hereby ORDERED

that:

1.      Petitioner's motion (Doc. 26) to reopen case is GRANTED.

2.      The Clerk of Court is directed to REOPEN this matter.

3.      Petitioner's motion (Doc. 27) for leave to amend the petition for writ of habeas corpus is GRANTED.

4.      The proposed amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 27-1) is accepted as filed.

5.      Respondents shall file an answer to the amended petition for writ of habeas corpus (Doc. 27-1), and a memorandum of law, on or before December 15, 2015.  See R. GOVERNING § 2254 CASES R. 1(b), 5(b)-(d) (explaining required contents of answer and supporting materials).

6.      Petitioner may, if he so chooses, file a reply to the answer within fourteen (14) days of the date on which the answer is filed.  See R. GOVERNING § 2254 CASES R.1(b), 5(e).

7.      A determination of whether petitioner should be produced for a hearing will be held in abeyance pending the filing of the answer and memorandum of law, and the petitioner's reply, if he chooses to file one.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania