# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DALIYL RAA'ID MUHAMMAD,** | : | CIVIL NO. 1:08-CV-1287 |
| | : | |
| **Petitioner** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT JAY LANE,** *et al.*, | : | |
| | : | |
| | : | |
| **Respondents** | : | |

## **ORDER**

AND NOW, this 29th day of March, 2019, upon consideration of the amended petition for writ of habeas corpus (Doc. 27), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The amended petition for writ of habeas corpus (Doc. 27) pursuant to 28 U.S.C. § 2254 is DENIED.

2. Petitioner's motion (Doc. 53) for appointment of counsel is DISMISSED as moot.

3. Petitioner's motions (Docs. 54, 55) for leave to conduct discovery are DISMISSED as moot.

4. The Clerk of Court is directed to CLOSE this case.

5. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania