IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DALIYL RAA'ID MUHAMMAD,** | : | CIVIL ACTION NO. 1:08-CV-1287 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT JAY LANE,** **PA STATE ATTORNEY GENERAL,** **DISTRICT ATTORNEY OF DAUPHIN COUNTY,** | : | |
| Respondents | : | |

## ORDER

AND NOW, this 5th day of May, 2022, upon consideration of petitioner's motion (Doc. 68) for relief from judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 68) is DISMISSED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
